UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ELSA CHAVEZ, individually only, and
CARLO ESCAMILLA, on behalf of himself, individually,
and also on behalf of all others similarly-situated,

                      Plaintiffs,                    Docket No.: 17-cv-8484 (VB)

    -against-

MORANO LANDSCAPE GARDEN DESIGNS, LTD.,
and ROSINA MORANO SAGLIOCCO, individually,

                      Defendants.
------------------------------------------------------------------------X

**NOTICE OF NAMED PLAINTIFF CARLO ESCAMILLA'S CONSENT MOTION FOR FINAL APPROVAL OF THE SETTLEMENT, SERVICE AWARDS, AN AWARD OF ATTORNEYS' FEES AND EXPENSES, AND THE ENTRY OF FINAL JUDGMENT**

      PLEASE TAKE NOTICE that upon the Declaration of Caitlin Duffy, Esq. ("Duffy Declaration") and the Declaration of Abigail Schwartz of Rust Consulting, Inc. ("Rust"), and all exhibits annexed thereto, and the Memorandum of Law in Support of Named Plaintiff Carlo Escamilla's Consent Motion for Final Approval of the Settlement, Service Awards, an Award of Attorneys' Fees and Expense, and the Entry of Final Judgment, all of which are submitted contemporaneously herewith, and upon all prior pleadings and proceedings heretofore had herein, Named Plaintiff Carlo Escamilla will move this Court for an Order:

1) Granting final approval of the Settlement Agreement, annexed as **Exhibit A** to the Duffy Declaration;

2) Authorizing the distribution of settlement checks to all Class Members who did not properly and timely opt-out of the settlement (of whom there were none), representing their respective shares of the Settlement Fund;

3) Awarding Service Awards of $10,000.00 to the Named Plaintiff and $1,500.00 to each of the following opt-in Plaintiffs: Alejandro Vasquez, Augustin Jose De La Cruz, Amilcar

1

Arriola, Pedro Lombert, Fidel Orzuna, Jose Perez, and Severiano Hernandez; totaling $20,500.00 for their service to the class and collective.

4) Awarding attorneys' fees in the amount of $144,855.00, for legal services performed in prosecuting and settling the claims in this action, to Class Counsel;

5) Awarding $10,271.46 for costs and out-of-pocket expenses to Class Counsel;

6) Awarding $12,812.00 for claims administration fees and costs to Rust;

7) Providing for the release of all claims as specified in the Settlement Agreement by all Class Members who did not properly and timely opt-out of the settlement; and

8) Dismissing this action against Defendants with prejudice, but with the Court's continued jurisdiction over the construction, interpretation, implementation, and enforcement of the Parties' settlement and over the administration and distribution of the settlement fund.

9) Entering a Final Judgment pursuant to Fed. R. Civ. P. 54 and Fed. R. Civ. P. 58 consistent with the terms of the Settlement Agreement.

Dated: New York, New York
September 10, 2021

Respectfully submitted,

BORRELLI & ASSOCIATES, P.L.L.C.
655 Third Avenue, Suite 1821
New York, New York 10017
*Attorneys for Plaintiffs and Class*

By: _____
Caitlin Duffy (CD 8160)
Alexander T. Coleman (AC1717)
Michael J. Borrelli (MB8533)